IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-03603 SEK |
|---|---|
| Jose F. Rosario Gonzalez<br>Mary Carmen Flores Castro | CHAPTER 13 |
| Debtor | |

MOTION SUBMITTING DOCUMENTS

**TO THE HONORABLE COURT:**

**COMES NOW,** creditor Banco Santander PR, and very respectfully ALLEGES, STATES and PRAYS:

1. That on September 29 2010 the appearing creditor filed a Proof of Claim. On January 14 2011, the Trustee objected our Proof of Claim # 10 for lack of proof of security.

2. The appearing creditor hereby submits copy of the Title Study dully endorsed in favor of Banco Santander PR.

**WHEREFORE,** it is respectfully requested from this Honorable Court to be informed of the information stated above.

**I HEREBY CERTIFY:** that on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System and that notification will be sent by regular mail to: the Debtor, Debtor's Attorney and the Chapter 13 Trustee.

**RESPECTFULLY SUBMITTED:**

In Caguas, Puerto Rico this 16 day of February 2011.

/s/Jessenia Ramos Talavera, Esq.
USDC 223607
Ramos & Bagué Law Office
PO BOX 306
Caguas, PR 00726-0306
Tel. (787) 502-8037
Fax (787) 653-6003
ramosbague@gmail.com

# CERTIFICADO DE ESTUDIO DE TITULO

**SOLICITANTE:** RAMOS & BAGUE  **REGISTRO:** CAGUAS I
**REF:** JOSE ROSARIO

El que suscribe **CERTIFICA:**

**PRIMERO:** Que ha examinado todos los libros del Registro de la Propiedad y demás records públicos relativos a la descripción, títulos y cargas de la propiedad descrita a continuación:

-----**RUSTICA:** Solar denominado #4 en el plano de inscripción localizado en el Barrio Tomas de Castro del término municipal de Caguas, compuesta de 2259.2155 metros cuadrados, equivalentes a 0.5748 cuerdas. En lindes por el NORTE, en 11.00 metros lineales, con área destinada a uso público camino de acceso y en 18.305 metros, con el solar #3; por el ESTE, en 27.054 metros lineales, con el solar denominado #3 y en 66.504 metros lineales, con el remanente de la finca de la cual se segrega, propiedad de Don Juan Zayas Gonzalez y Maria Esther Gonzalez Díaz; por el SUR, en 29.285 metros lineales, con terrenos propiedad de José Rivas; por el OESTE, en 67.777 metros lineales con el solar denominado #1 y en 27.054 metros lineales, con el solar denominado #2.

-----Se segrega de la finca 34610 inscrito al folio 260 del tomo 1008 de Caguas.

**SEGUNDO:** Que dicha propiedad aparece **inscrita** a favor de:

**JOSE FERNANDO ROSARIO GONZALEZ Y SU ESPOSA MARY CARMEN FLORES CASTRO**

**TERCERO:** Que de acuerdo con dichos libros, el título de esta propiedad es de (X) DOMINIO ( ) POSESIÓN, y fue adquirido según se expresa a continuación:

----Por compra a: MARCELINO MONTAÑEZ FERNANDEZ Y SU ESPOSA ROSA IDALIA GONZALEZ COTTO, por $65,000.00, según consta de la escritura #226, otorgada en San Juan, Puerto Rico, el día 30 de junio de 2008, ante el Notario Público Félix Joel Zambrana Ortiz, inscrito al folio #191 del tomo #1725 de Caguas, finca #54353, inscripción 2da.

**CUARTO:** Que la propiedad se halla afecta a los siguientes **gravámenes:**

-----**HIPOTECA:** En garantía de un pagaré a favor de RELIABLE FINANCIAL SERVICES INC., HACIENDO NEGOCIOS COMO RELIABLE MORTGAGE, o a su orden, por **$180,000.00**, con intereses al 7 ¾% anual, vence el 1ro de julio de 2039, crédito ejecutivo 10% del principal, tasada en una cantidad equivalente al principal original, según consta de la escritura #227, otorgada en San Juan, Puerto Rico, el día 30 de junio de 2008, ante el Notario Público Félix Joel Zambrana Ortiz, inscrito al folio 191 del tomo 1725 de Caguas, finca 54353, inscripción 3ra.

----**PRESENTADO AL ASIENTO 364 DEL DIARIO 1149**, el día 6 de agosto de 2009, la escritura #215, otorgada en San Juan, Puerto Rico, el día 23 de julio de 2009, ante el Notario Público Félix Joel Zambrana Ortiz, sobre modificación de la hipoteca por $180,000.00 a favor del BANCO SANTANDER DE PUERTO RICO, a los únicos efectos de que el interés sea al 7% anual y el vencimiento el 1ro de agosto de 2039. **PENDIENTE DE CALIFICACION Y DESPACHO.**

**SERVIDUMBRES:** Autoridad de las Fuentes Fluviales de Puerto Rico, Autoridad de Acueductos y Alcantarillados de Puerto Rico, Puerto Rico Telephone Company, Municipio de Caguas.

**CONDICIONES RESTRICTIVAS:** Libre.

**REVISADOS:** Registros de Embargos, Sentencias, Contribuciones Federales, Registro de Embargos Estado Libre Asociado Ley #12, NADA HASTA EL TITULAR INSCRITO, Bitácora Electrónica y Agora, hoy 19 de enero del 2011.

*OBSERVACION: Esta sección del Registro tiene establecido un sistema computadorizado de operaciones. Esta oficina **NO** se hace responsable por errores y/u omisiones que cometa el empleado del Registro de la Propiedad en la entrada y búsqueda de datos en el mismo.*

*[firma]*
LUIS REYES VAZQUEZ & ASSOCIATES
TR/brm